**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 18, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00490-CV

## IN RE EDWARD R. NEWSOME, Relator

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS

## MEMORANDUM OPINION

On June 5, 2013, relator Edward R. Newsome filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator appears to ask this court to compel "Doctor Uy" and others to appoint counsel on appeal.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. Doctor Uy is not a party against whom we may issue a writ of mandamus. Nor has relator demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. Thus, we have no jurisdiction to grant relator the relief he apparently seeks. *See* Tex. Gov't Code Ann. § 22.221(b)(1).

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.